**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                            Case No.:  2:09-cr-75-FtM-29SPC

ROBERT POWNER

_____

**ORDER**

_____This matter comes before the Court on the Defendant's Motion to Dismiss Counsel, Appoint New Counsel and Be Named as Co-Counsel (Doc. #248) filed on May 20, 2010 and Defense Counsel's Emergency Motion to Withdraw As Attorney for Defendant, Robert Powner (Doc. #253) filed on June 1, 2010.  Based upon the status of the case, the Court held a hearing regarding the Defendant and Defense Counsel's request.   Counsel, Richard Lakeman, Esq., and the Defendant, Robert Powner, were present for the hearing.  The Government was represented by Jesus Casas, Assistant United States Attorney.

        After hearing the arguments of Counsel and testimony from the Defendant, the Court finds the attorney-client relationship has been irretrievably broken and cannot be resurrected where meaningful representation would be possible.  Therefore, the Court will deny the Defendant's Motion as moot and grant the Emergency Motion to Withdraw as outlined below.

        Accordingly, it is now

        **ORDERED:**

        (1)      The Defendant's Motion to Dismiss Counsel, Appoint New Counsel and Be Named as Co-Counsel (Doc. #248) is **DENIED** as moot.   Defendant's request to be named Co-Counsel is **DENIED**.

(2)     Emergency Motion to Withdraw As Attorney for Defendant, Robert Powner (Doc.

#253) is **GRANTED.**

(3)     The Clerk is directed to appoint Counsel from the CJA Panel to represent the

Defendant.

The case remains on the June trial term.

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of June, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record