UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              Case No. 2:09-cr-75-FtM-29SPC

**ROBERT POWNER**
_____

## ORDER APPOINTING COUNSEL

On June 2, 2010, the Court heard argument on the Defendant's Motion to Dismiss Counsel and Appoint New Counsel, and Defense Counsel's Motion to Withdraw. See Doc. #256. The Court granted the Motion to Withdraw and will appoint new Counsel for the Defendant. The Court has already determined the defendant is eligible for Court appointed Counsel. As a conflict exists with the Public Defender, the Court will appoint from the CJA Panel. **David Brener, Esq.** is hereby appointed to represent the defendant. The Defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE** and **ORDERED** in Ft. Myers, Florida on this ___4th___ day of June, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record