UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                    Case No.: 2:09-cr-75-FtM-29SPC

ROBERT POWNER
_____

**ORDER**

This matter comes before the Court on the Court's Order to Withdraw as CJA Appointed Counsel and Appoint Counsel for Appeal (Doc. #441) entered on March 21, 2011. The Court granted Defense Counsel's request for withdrawal and directed the appointment of CJA Counsel for the purposes of appeal. Scott L. Robbins, Esq., located at 405 West Azeele Street, Tampa, Florida 33606, has agreed to represent the Defendant. Thus, Counsel is directed to enter an appearance accordingly, and the Clerk is directed to designate Attorney Robbins as Counsel of record on Appeal.

Accordingly, it is now

**ORDERED:**

Pursuant to Court's Order (Doc. #441), Scott L. Robbins, Esq., located at 405 West Azeele Street, Tampa, Florida 33606, shall be designated Counsel of record on Appeal. Counsel is directed to file a Notice of Appearance accordingly. The Clerk of Court is directed to forward the appropriate CJA vouchers to Counsel.

**DONE AND ORDERED** at Fort Myers, Florida, this   30th   day of March, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record